JACQUELYNE M. NGUYEN, Bar no. 249658
KSENIYA Y. STUPAK, Bar no. 309783
LAW OFFICES OF JACQUELYNE M. NGUYEN
2900 BRISTOL STREET, SUITE "A-208"
COSTA MESA, CA 92626
Telephone: (949) 722-0055
Fax: (949) 722-8416
Email: jackie@jacquelynenguyenlaw.com
Email: kseniya@jacquelynenguyenlaw.com

Attorney for: Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   vs.<br><br>Alfredo Palacol,<br><br>        Defendant | No. 2: 19-cv-8419<br><br><br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Alfredo Palacol, in the principal amount of $20,997.81 plus interest accrued to August 23, 2019 in the sum of $11,959.62; with interest accruing thereafter at 3.63% annually until entry of judgment, for a total amount of **$32,957.43**.

Kiry K. Gray, CLERK
U.S. District Court
Central District of California

DATED: 10/3/2019          By: *[signature]*
                              Deputy Clerk